UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| CORRINE MACK, | |
|---|---|
| Plaintiff, | |
| v. | Case No. 18-cv-1120-JPG-RJD |
| MENASHA PACKAGING, | |
| Defendant. | consolidated with |
| CORRINE MACK, | |
| Plaintiff, | |
| v. | Case No. 18-cv-2091-JPG-RJD |
| ELITE STAFFING, | |
| Defendant. | |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 51) of Magistrate Judge Reona J. Daly recommending that the Court dismiss these consolidated cases with prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report. The Court has reviewed the entire file and finds that the Report is not clearly erroneous, although it believes dismissal should be

without prejudice.  Accordingly, the Court:

- **ADOPTS** the Report in its entirety (Doc. 51);

- **DISMISSES** these consolidated cases **without prejudice** pursuant to Rule 41(b) for failure to prosecute; and

- **DIRECTS** the Clerk of Court to enter judgment accordingly on the docket of each of the consolidated cases.

**IT IS SO ORDERED.**
**DATED:  February 8, 2019**

                                    s/ J. Phil Gilbert
                                    **J. PHIL GILBERT**
                                    **DISTRICT JUDGE**