UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CORRINE MACK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MENASHA PACKAGING,<br><br>　　　　Defendant. | Case No. 18-cv-1120-JPG-RJD<br><br>consolidated with |
| CORRINE MACK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ELITE STAFFING,<br><br>　　　　Defendant. | Case No. 18-cv-2091-JPG-RJD |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that these consolidated cases are dismissed without prejudice.

**DATED: February 8, 2019**

　　　　　　　　　　　　　　　　　　**MARGARET M. ROBERTIE, Clerk of Court**

　　　　　　　　　　　　　　　　　　**s/Tina Gray, Deputy Clerk**


**Approved:**　s/ J. Phil Gilbert
　　　　　　　**J. PHIL GILBERT**
　　　　　　　**DISTRICT JUDGE**